◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY FRANKLIN, Appellant.

[This opinion has been withdrawn from publication at 7 AD3d 636 by the State Reporter and republished at 7 AD3d 966.]